# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00543-CV

**N. F., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-FM-14-002979, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On August 27, 2015, appellant N.F., the children's attorney/guardian ad litem in a parental-termination case, filed a notice of appeal. Although N.F.'s notice of appeal appeared to be an appeal from a final decree of termination, which was signed by the trial court on July 28, 2015, the clerk's record later filed in this Court indicates that the trial court granted a motion for new trial. Upon review of the trial-court clerk's record, the Clerk of this Court sent N.F. a letter informing her that the Court appears to lack jurisdiction over the appeal because we have no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* Tex. Civ. Prac. & Rem. Code § 51.012, .014(a). The Clerk requested a response informing us of any basis that exists for jurisdiction. N.F. has not responded. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

                                Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Jurisdiction

Filed:   October 16, 2015